30090.   CARTER *v.* THE STATE.

BROYLES, C. J.   John Carter was convicted in the superior court of Floyd county of possessing more than one quart of tax-paid whisky, and his motion for new trial was overruled. The evidence, which was direct and positive, amply authorized the verdict; and the special grounds of the motion for new trial (all of them being based on alleged errors in

. the charge of the court) show no cause for a reversal of the judgment. See *Carter* v. *State*, ante. The cases cited in behalf of the movant are differentiated by their facts from this case.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED JUNE 26, 1943.

*James Maddox,* for plaintiff in error.
*Henderson Lanham, solicitor-general,* contra.